AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |
|---|---|
| DOCKET NO.<br>13-3511 | DATE FILED<br>6/20/2013 |
| PLAINTIFF<br>MALIBU MEDIA, LLC | DEFENDANT<br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS<br>108.2.117.233 |

FILED JUN 20

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (SEE ATTACHED) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**File Hashes for IP Address 108.2.117.233**

**ISP:** Verizon FiOS
**Physical Location:** Collegeville, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/18/2013 16:22:42 | 554F315ECA9DB806CD79460F582D03880FCA3A5A | The Ultimate Blowjob |
| 03/16/2013 17:11:09 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 02/10/2013 15:21:06 | F537201E383882F7E5536D7A372B7E2B55F04EE5 | Amazing Grace |
| 02/10/2013 15:14:34 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 02/10/2013 14:53:47 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 02/10/2013 14:49:22 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 02/10/2013 14:41:21 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 02/10/2013 14:37:27 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 01/26/2013 12:28:28 | 232CF6B96D55E479F275B0CCF8CE92DDB67775AA | One Night Stand |
| 01/26/2013 01:32:12 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

EPA139

**Copyrights-In-Suit for IP Address 108.2.117.233**

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 02/10/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 02/10/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/26/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 03/18/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 03/16/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 02/10/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 02/10/2013 |
| Veronika Coming Home | PA0001774761 | 01/25/2012 | 02/03/2012 | 02/10/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/10/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B

EPA139

## Expanded Surveillance of IP Address 108.2.117.233

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Hit Date UTC | Filename |
|---|---|
| 04/29/2013 | Da.Vincis.Demons.S01E03.HDTV.x264-ASAP.mp4 |
| 04/29/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.1of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/29/2013 | Da.Vincis.Demons.S01E02.HDTV.x264-ASAP.mp4 |
| 04/28/2013 | The.Americans.2013.S01E12.720p.HDTV.X264-DIMENSION.mkv |
| 04/28/2013 | BSkyB.Discovering.Eric.Clapton.PDTV.x264.AAC.MVGroup.org.mp4 |
| 04/28/2013 | Nurse.Jackie.S05E04.WEBRip.x264-KYR.mp4 |
| 04/28/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.2of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/28/2013 | The.Big.C.S04E01.WEBRip.x264-KYR.mp4 |
| 04/26/2013 | Bob Dylan - The Original Mono Recordings 9 CD Box Set 1962-1967 (2010) Japanese Mini LP FLAC Beolab1700 |
| 04/26/2013 | Bob Dylan |
| 04/26/2013 | Bob Dylan - The Bootleg Series |
| 04/24/2013 | PBS.The.Central.Park.Five.2013.720p.x264.AAC.MVGroup.org.mp4 |
| 04/24/2013 | BBC.Pompeii.The.Mystery.of.the.People.Frozen.in.Time.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | The.Colbert.Report.2013.04.22.Michael.Pollan.HDTV.x264-2HD.mp4 |
| 04/24/2013 | The.Daily.Show.2013.04.22.Christina.Hendricks.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Anthony.Bourdain.Parts.Unknown.S01E02.HDTV.x264-2HD.mp4 |
| 04/24/2013 | I.Have.Seen.the.Earth.Change.Season.1.01of10.Bolivia.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 04/24/2013 | BBC.Israel.Facing.the.Future.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | Nurse.Jackie.S05E03.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Hemlock.Grove.S01E01.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | BitTorrent-EpicMealTime |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 04/24/2013 | Hemlock.Grove.S01E02.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | NHK.Fukushima.Two.Years.Later.576p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/23/2013 | The.Impossible.2012.DVDSCR.x264.AAC-FooKaS |
| 04/23/2013 | The.Veteran.2011.DVDRip.XviD-ICE |
| 04/20/2013 | The.Ice.Cream.Girls.1x01.HDTV.x264-FoV.mp4 |
| 04/19/2013 | PBS.Independant.Lens.2013.The.House.I.Live.In.720p.HDTV.x264.AAC.MVGroup.org.mp4 |
| 04/19/2013 | The.Americans.2013.S01E11.720p.HDTV.X264-DIMENSION.mkv |
| 04/14/2013 | BlowJobFridays.13.04.05.Rachel.Starr.Blow-Job.From.A.Porn-Star.XXX.720p.MP4-OHRLY[rarbg] |
| 04/14/2013 | Adorable teenage girl gives 20-minutes-long blowjob and swallowing.mp4 |
| 04/11/2013 | Broadchurch.1x03.HDTV.x264-FoV.mp4 |
| 04/11/2013 | The.Americans.2013.S01E10.720p.HDTV.X264-DIMENSION.mkv |
| 04/11/2013 | Broadchurch.1x05.HDTV.x264-FoV.mp4 |
| 04/11/2013 | Broadchurch.S01E01.HDTV.x264-RiVER.mp4 |
| 04/11/2013 | Broadchurch.1x02.HDTV.x264-FoV.mp4 |
| 04/07/2013 | The.Walking.Dead.S02.720p.HDTV.x264-PublicHD.ORG |
| 04/07/2013 | The Walking Dead Season 3 Complete 720p HD [CARG] |
| 04/06/2013 | The.Americans.2013.S01E07.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E04.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E02.HDTV.x264-LOL.[VTV].mp4 |
| 04/05/2013 | Regular Show Season 4 Eps. 1-Up To 'Caveman' {S04E1-20} Complete [AVi] |
| 04/05/2013 | The.Americans.2013.S01E09.720p.HDTV.X264-DIMENSION.mkv |
| 04/05/2013 | The.Americans.2013.S01E05.HDTV.x264-LOL.mp4 |
| 03/31/2013 | ITV.Secret.Life.of.Dogs.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | BBC.Horizon.2013.How.to.Avoid.Mistakes.in.Surgery.PDTV.XviD.AC3.MVGroup.org.avi |
| 03/31/2013 | BBC.Insect.Worlds.3of3.The.Secret.to.Their.Success.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Project.Nim.700p.HDTV.x264.AAC.MVGroup.Forum.mkv |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/31/2013 | BBC.Insect.Worlds.1of3.Them.and.Us.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Horsemeat.Banquet.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | The.Olive.Route.3of5.Olive.Groves.in.the.Aegean.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | BBC.Can.Eating.Insects.Save.the.World.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | The.Olive.Route.4of5.The.Olive.Tree.in.the.Holy.Land.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | A.V.I.The.Remarkable.F4U.Corsair.XviD.AC3.MVGroup.Forum.avi |
| 03/31/2013 | ITV.Perspectives.2013.The.Seven.Dwarfs.of.Auschwitz.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | Regular Show Season 3 [S03] Complete AVI.MP3 {1337x} -mortar12 |
| 03/31/2013 | The.Olive.Route.1of5.In.the.Olive.Kingdom.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/28/2013 | Eels - Wonderful, Glorious (2013) [FLAC] |
| 03/28/2013 | Richard Wright - Broken China |
| 03/28/2013 | 1993 - The Yellow Shark - Frank Zappa |
| 03/25/2013 | The Jimi Hendrix Experience - Studio Discography 1967-1969 [FLAC] |
| 03/23/2013 | Devendra Banhart - Mala (2013) [FLAC] |
| 03/23/2013 | VA-Erotic_Lounge_6_Seductive_Pearls-2CD-FLAC-2007-DeVOiD |
| 03/23/2013 | Pink Floyd - Wish You Were Here  (2011 Mix) 24bit SACD FLAC Beolab1700 |
| 03/23/2013 | DAVID BOWIE Ziggy Stardust (Ryko Analogue remaster) FLAC |
| 03/23/2013 | John McLaughlin - To the One (2010) [EAC-FLAC] |
| 03/22/2013 | Jimi Hendrix - People, Hell and Angels (2013) [FLAC] |
| 03/21/2013 | De Rouille et d'Os  - 2012 - Alexandre Desplat |
| 03/18/2013 | Blowjob Casting.mp4 |
| 03/18/2013 | POV.Blowjobs.2.XXX.DVDRiP.XviD-DivXfacTory |
| 03/18/2013 | Anastacia-Not That Kind |
| 03/18/2013 | Wheeler.Dealers.S12E03.Range.Rover.Mk3.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E01.Aston.Martin.DB7.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E02.Ford.Escort.Mk1.480p.PDTV.x264-SM.mkv |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/17/2013 | Wheeler.Dealers.S12E04.Porsche.Boxster.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | prnfle1784x.avi |
| 03/16/2013 | A.Late.Quartet.2012.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | Mary and Max (2009) [1080p] |
| 03/16/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/16/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/16/2013 | Rust.and.Bone.2012.LIMITED.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | X-Art - Three for the Show - Leila [720p].mov |
| 03/16/2013 | X-Art - Two Boys And One Girl - Beatrice [720p].wmv |
| 03/16/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/16/2013 | The.Tillman.Story.2010.720p.BRrip.x264.AAC.MVGroup.org.mp4 |
| 03/15/2013 | Cirque.du.Soleil.Worlds.Away.2012.720p.BluRay.x264-PSYCHD [PublicHD] |
| 03/10/2013 | Wild.Belle-Isles.2013.FLAC.PERFECT |
| 03/10/2013 | BBC.Storyville.2013.Queen.of.Versailles.468p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/10/2013 | Before.My.Heart.Falls.[Avant.Que.Mon.Coeur.Bascule].2012.DVDRip.AC3.HORiZON-ArtSubs |
| 03/10/2013 | PBS.NOVA.2011.Japans.Killer.Quake.540p.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | National.Geographic.Hidden.Horrors.of.the.Moon.Landings.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | Elisa A, Irina K - Let Me Please You.mp4 |
| 02/28/2013 | Richard and Linda Thompson - First Light (1978) [FLAC] |
| 02/28/2013 | [www.Cpasbien.me] The.We.And.The.I.2012.FRENCH.BDRip.XviD-TiCKETS |
| 02/28/2013 | Richard Thompson - Electric  (2013) 2cd flac |
| 02/28/2013 | Nirvana - Discography 1989-2011 [FLAC] |
| 02/26/2013 | PBS.NOVA.2013.Mind.of.a.Rampage.Killer.540p.x264.AAC.MVGroup.org.mp4 |
| 02/26/2013 | The.Walking.Dead.S03E11.720p.HDTV.x264-EVOLVE.mkv |
| 02/23/2013 | Portlandia.S03E10.HDTV.x264-2HD.mp4 |
| 02/23/2013 | TVersityProSetup_2_3.exe |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | Girls.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/18/2013 | ITV.Martin.Clunes.Heavy.Horsepower.PDTV.x264.AAC.MVGroup.org.mp4 |
| 02/18/2013 | The.Walking.Dead.S03E10.HDTV.x264-2HD.mp4 |
| 02/18/2013 | Enlightened.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/16/2013 | Portlandia.S03E09.HDTV.x264-2HD.mp4 |
| 02/10/2013 | Creampie Young Girls #1.mp4 |
| 02/10/2013 | x-art_baby_together_again_720.mp4 |
| 02/10/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 02/10/2013 | x-art.com_Gianna_Black_Lace_Bliss_1080.mov |
| 02/10/2013 | RIX FM - Gerts fredagsfräckis |
| 02/10/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/10/2013 | The World of Suzie Wong [William Holden] (1960) DVDRip Oldies |
| 02/10/2013 | Portlandia.S03E07.HDTV.x264-2HD.mp4 |
| 02/10/2013 | 120619.KBS2.1대100.써니Cut.HDTV.MPEG2.1080i.WolfBoy.tp |
| 02/10/2013 | Kung.Fu.Panda.Spanish.VHS-Screener.Xvid [www.TopEstrenos.net] |
| 02/10/2013 | COH_Arc |
| 02/10/2013 | 30 Minutes or Less 2011 [English] (PDVD) |
| 02/10/2013 | X-Art.12.09.13.Grace.Amazing.Grace.XXX.1080p.MOV-KTR[rbg] |
| 02/10/2013 | Portlandia.S03E08.HDTV.x264-2HD.mp4 |
| 01/28/2013 | The 4-Hour Body An Uncommon Guide to Rapid Fat-Loss, Incredible Sex, and Becoming Superhuman (Pdf,Epub,Mobi) - MANTESH |
| 01/26/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/26/2013 | TeenFilipina - Maybel __ 29 june 2012 __ HD 720.wmv |
| 01/26/2013 | Portlandia.S03E06.HDTV.x264-2HD.mp4 |
| 01/26/2013 | Pathologic RIP |
| 01/26/2013 | prnfle1258x.mov |

EXHIBIT C

EPA139

Case 2:13-cv-03511-PD   Document 3   Filed 06/20/13   Page 9 of 11

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/26/2013 | Portlandia.S03E06.720p.HDTV.x264-EVOLVE.mkv |
| 01/21/2013 | Lincoln.[2012](DVDScr.H264) |
| 01/20/2013 | Portlandia.S03E05.HDTV.x264-2HD.mp4 |
| 01/20/2013 | Life.of.Pi.2012.720p.TS.XViD.AC3-26k |
| 01/20/2013 | The.Colbert.Report.2013.01.17.Akhil.Reed.Amar.HDTV.x264-LMAO.[VTV].mp4 |
| 01/20/2013 | Real.Time.with.Bill.Maher.2013.01.18.HDTV.x264-2HD.[VTV].mp4 |
| 01/15/2013 | [Leopard-Raws] D.C.III ~Da Capo III~ - 01 RAW (MX 1280x720 x264 AAC).mp4 |
| 01/13/2013 | Beasts.Of.The.Southern.Wild.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 01/13/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 01/12/2013 | Portlandia.S03E01.REPACK.HDTV.x264-2HD.mp4 |
| 01/12/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/12/2013 | Portlandia.S03E04.HDTV.x264-2HD.mp4 |
| 01/11/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 12/03/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 12/03/2012 | Young_Legal_Porn_-_My_First_Exam_2012_1080p_WEB-DL_x264 |
| 12/03/2012 | The Evens - The Odds (2012) |
| 12/03/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 12/03/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 12/03/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |

EXHIBIT C

EPA139

# **EXCULPATORY EVIDENCE REQUEST**

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

    A. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    B. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    C. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

EXHIBIT D

EPA139

    D._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES     NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES     NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.